**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ROBERTO RODRIGUEZ,

        Appellant,

v.                                    Case No. 1:11mc15-SPM

VETERANS ADMINISTRATION,

        Appellee.

_____/

## ORDER EXTENDING TIME

      This cause is before the Court on Appellant's motion for an extension of time to submit a transcript of the proceedings before the magistrate judge (doc. 4). Appellant seeks a 15 day extension. Upon consideration, it is

      ORDERED AND ADJUDGED:

    1.      The motion (doc. 4) is **granted**.

    2.      Appellant shall have up to and including March 23, 2012 to submit a transcript of the proceedings before the magistrate judge in accordance with the local rules. Appellant shall have until April 9, 2012 to file his brief setting forth each error claimed to have occurred in the proceedings before the magistrate judge. Within 15

days of service of the Appellant's brief, Appellee shall serve and file

a brief.

**SO ORDERED** this 9th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge